In the Matter of the Probate of the Will of WILLIAM WITTE, Deceased.

WILLIAM J. WITTE, Appellant; E. MARGUERITA WITTE, as Executrix of WILLIAM WITTE, Deceased, Respondent.

(Argued May 19, 1936; decided June 2, 1936.)

*Samuel Wasserman* and *Walter L. Bunnell* for appellant.
*Fred L. Gross, Frederick A. Keck* and *Harry W. Moore* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.